
1  Rebekka Martorano (SBN: 173600)
   RYAN & FONG
2  2379 Gateway Oaks Drive, Suite 100
   Sacramento, California 95833
3  Tel: (916) 924-1912
   Fax: (916) 923-3872
4  Email: rmartorano@ryanfong.com

5  Attorneys for Defendants AMFA Local 9

6

7  UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

8  THE STATE OF CALIFORNIA

9  SAN FRANCISCO

10

11 Henry Vartanian, Norman Lew, Luis Bill, and
   Baudilo Perez,                                    Case No. C 05 00293 (MHP)
12
              Plaintiffs,                            [~~PROPOSED~~] ORDER]
13
       vs.                                           **ORDER GRANTING DEFENDANT
14                                                   AMFA LOCAL 9's Renewed
   AMFA Local 9, and United Airlinens, Inc., and     MOTION TO DISMISS**
15 DOES 1-10, Inclusive,

16            Defendants.

17

18

19    This matter comes before the Court on Defendant AMFA Locals 9's renewed motion to

20 dismiss all claims against it pursuant to the Court's earlier order (Docket No. 49) on

21 Defendant's motion to dismiss.

22    Review of the Court's earlier order and Defendant's letter and its attachments

23 demonstrate that the underlying arbitration process is complete. *The only issues* ~~there are no remaining issues,~~ *raised by plaintiffs are issues that were not posed in the complaint nor were they raised in the arbitration proceeding despite ample opportunity to do so.*

order
CASE NO. C 05 00293 (MHP)

1  Therefore, for these reasons and for the reasons stated in the Court's earlier order, all claims against Defendant AMFA

2  Local 9 are dismissed, with prejudice, and costs and fees awarded to Defendant AMFA

3  Local 9.

4      Accordingly, **IT IS HEREBY ORDERED** that:

    1.    AMFA Local 9's renewed Motion to Dismiss is **GRANTED**.

6      2.    All claims against AMFA Local 9 are **DISMISSED** with prejudice.

7      3.    Defendant AMFA Local 9 is awarded reasonable costs and fees.

8      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10  DATE this 20 September, 2006.

                              Honorable Marilyn Hall Patel
                              United States District Court Judge